# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 138

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, an Illinois Corporation, | ) ) ) |
| Plaintiff | ) ) |
| V | )     **ORDER** ) |
| GHOST TOWN PARTNER LLC, d/b/a Ghost Town in the Sky, | ) ) ) ) |
| Defendant | ) |

**THIS MATTER** is before the court on Robert M. Rubin's Application for Admission to Practice *Pro Hac Vice* of Brandt Gerard Cordelli. It appearing that Brandt Gerard Cordelli is a member in good standing with the Washington DC Bar and will be appearing with Robert M. Rubin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert M. Rubin's Application for Admission to Practice *Pro Hac Vice* (#4) of Brandt Gerard Cordelli is **GRANTED**, and that Brandt Gerard Cordelli is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert M. Rubin.

Signed: July 16, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge