IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.:1:10-cv-00138-GCM-DLH

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| GHOST TOWN PARTNERS LLC, d/b/a Ghost Town in the Sky, | ) ) ) |
| Defendant, | ) ) |
| KURT BIEDLER and wife, TAMMY JONES, | ) ) ) |
| Intervening Defendants. | ) |

**ORDER ON APPLICATION FOR JUDGMENT ON DEFAULT**

This Court has considered Plaintiff's Application for Default Judgment ("Application"), and good cause appearing;

It is HEREBY ORDERED that First Mercury's Application is **GRANTED**, and the Proposed Judgment on Default shall be entered as a Final Judgment.

**SO ORDERED**.

Signed: June 29, 2011

Graham C. Mullen
United States District Judge