IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.:1:10-cv-00138-GCM-DLH

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| GHOST TOWN PARTNERS LLC, d/b/a Ghost Town in the Sky, | ) ) ) |
| Defendant, | ) ) |
| KURT BIEDLER and wife, TAMMY JONES, | ) ) ) |
| Intervening Defendants. | ) |

## FINAL JUDGMENT

## [PROPOSED] JUDGMENT AGAINST
## GHOST TOWN PARTNERS, LLC, dba Ghost Town in the Sky

First Mercury policy number EPIL000180 (the .Policy.) issued to Ghost Town was cancelled prior to February 5, 2010;

First Mercury.s receipt of First Insurance Funding Corp..s notice of cancellation of the Policy in accordance with North Carolina General Statute § 58-35-85 effected a valid cancellation of the Policy;

The Policy was cancelled no later than February 3, 2010, and thus was not in effect on February 5, 2010;

First Mercury has no duty to defend or further investigate any claims arising out of the February 5, 2010 Landslide; and

First Mercury has no duty to indemnify Ghost Town as to any claims arising out of the February 5, 2010 Landslide.

Signed: July 1, 2011

Frank G. Johns, Clerk
United States District Court